In the Matter of MICHAEL THOMPSON, Appellant, v BRIAN FISCHER, as Commissioner of Corrections and Community Supervision, et al., Respondents. [937 NYS2d 717]—Spain, J.

We affirm. At the outset, we note that petitioner has abandoned his challenge to the calculation to his minimum term of imprisonment by failing to raise it in his brief to this Court (*see Matter of Jones v Fischer*, 84 AD3d 1604, 1605 [2011]). Instead, the sole contention advanced by petitioner is his request that

his sentence be reduced pursuant to CPL 470.15. However, as this Court has previously noted, such a request for a sentence to be reduced in the interest of justice is beyond the scope of a CPLR article 78 proceeding (*see Matter of Pride v Goord,* 285 AD2d 766, 767 [2001]; *Matter of Flowers v Miller,* 284 AD2d 618, 619 [2001]; *compare People v Mead,* 53 AD3d 927, 928 [2008], *lv denied* 11 NY3d 834 [2008]).

Mercure, A.P.J., Rose, Malone Jr. and McCarthy, JJ., concur. Ordered that the judgment is affirmed, without costs.